# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CAL DATA SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-1390 |
| | § | |
| NCS PEARSON, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO WITHDRAW

Harry L. Scarborough's Motion to Withdraw as Counsel for Cal Data Systems, Inc. is granted. Because Cal Data Systems, Inc. is a corporation, it cannot proceed without counsel. Cal Data is directed to have new counsel file an appearance no later than **August 15, 2008**. Failure to do so may lead to entry of a judgment adverse to Cal Data Systems by default.

SIGNED on July 15, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge